| | |
|---|---|
| United States District Court of Connecticut<br>450 Main Street<br>Suite A012<br>Hartford, CT 06103 | |
| In Re; **Redemption of Jaquaan Anthony**<br>*On and for the behalf of the*<br>UNITED STATES | MAY 19 2025 AM 11:23<br>FILED-USDC-CT-HARTFORD |
| | *Miscellaneous Case #* |
| **Certificate of Exigent Circumstances** | |

**COMES NOW**, Jaquaan Anthony of the family JENKINS and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 as amended from §16 of the 1913 Federal Reserve Act. Service to the agent is service to the principal and vice versa.

Jaquaan Anthony has received the attached and Refused for Cause State of Connecticut Department of Revenue Services Notice of Audit Assessment Letter Number L0009701986.

As indicated below, the double stamping and Certificate of Mailing/Service on the State of Connecticut Department of Revenue Services demonstrates that the oaths of office of Michael Peter SHEA have been requested from FOIAOnline or clearly refused for cause because he altered his oath before signing. While the State of Connecticut Department of Revenue Services may be justified in foisting the exhaustion of administrative remedy prior to this judicial garnishment under Rule B, there is no foundation for collection because "Chief Judge" SHEA is engaged in criminal impersonation, pretending to be a federal judge while nothing more than an administrative law officer. Supreme Court Justice Neil McGill GORSUCH testifies to as much in his new book and interview (https://www.youtube.com/watch?v=BaW1-dBkjKo&t=2875s) about the book. Justice Brett Michael KAVANAUGH is in agreement and neither judicial oath

can be witnessed by John Glover ROBERTS because he is himself (ROBERTS) a fraud pretending to be Chief Justice of the US Supreme Court. Oaths and R4C's attached and fully integrated. Just look for yourself below, both civil oaths are signed by ROBERTS same day, but neither judicial oath is signed by ROBERTS.

Jaquaan Anthony can fully expect by operation of law that this collection attempt by the State of Connecticut Department of Revenue Services has run out of any legal or lawfully acquired fuel. The 2021 refund owed in the amount of $4,637 should be paid to Jaquaan Anthony immediately with interest and penalties for the delays.

*[signature]*
Jaquaan Anthony Jenkins

Subscribed and Sworn by Jaquaan Anthony Jenkins on 05-16-2025.

Notary: *[signature]*

ZACHARY LEON SULLIVAN
NOTARY PUBLIC - CT 174962
My Commission Expires Oct. 31, 2027



State of Connecticut

## Lookup Detail View

**Contact Information**

| Name | Address |
|---|---|
| ZACHARY LEON SULLIVAN | 151 GREEN MANOR ROAD ENFIELD, CT 06082 |

**Appointment Certification Informaiton**

| Credential | Credential Type | First Issuance Date | Effective Date | Expiration Date | Status | Reason |
|---|---|---|---|---|---|---|
| SNPC.0174962 | Notary Public Appointment | 10/02/2017 | 11/01/2022 | 10/31/2027 | ACTIVE | ACCEPTED |

## Connecticut

### https://www.cga.ct.gov/current/pub/chap_558.htm

### Sec. 31-71k. Payment of wages by payroll cards. Study of payroll card usage. Regulations.

(3) The methods available to employees both for accessing their full wages, salary or other compensation in **lawful money** of the United States without any transaction fee to the employee for such access and for avoiding or minimizing fees for use of the payroll card, including, but not limited to, a clear and conspicuous notice describing how to access wages, salary or other compensation without cost at automated teller machines, depository financial institutions or other convenient locations; (Emphasis on the **Lawful Money demand** is added.)

### https://www.cga.ct.gov/current/pub/chap_134.htm

### Sec. 8-250. Purpose and powers of authority.

b) Bonds issued by the authority may be payable in accordance with their terms, in whole or in part, in currency other than **lawful money** of the United States of America, provided that the authority enter into a currency swap or similar agreement for payments in **lawful money** of the United States of America, which covers the entire amount of the debt service payment obligation of the authority with respect to the bonds payable in other currency, and provided further, that if the term of that agreement is less than the term of the bonds, the authority shall include a best efforts covenant to enter into additional agreements as may be necessary to cover the entire amount of the debt service payment obligation. (c) In connection with, or incidental to, the issuance or carrying of bonds, notes or other obligations or entering into any of the contracts or agreement referred to in subdivision (a), the authority may enter into credit enhancement or liquidity agreements, with payment, interest rate, currency, security, default, remedy and other terms and conditions as the authority determines; (Emphasis on the **Lawful Money demand** is added.)

## Certificate of Mailing

*The Refusal for Cause to Janet Louise YELLEN will include original presentments with red ink Refusal for Cause, with the PACER pdf file.*

US Treasury - Janet Louise YELLEN  Registered Mail # RE 604 469 008 US
US Governor for the IMF              Return receipt: 9590 9402 8959 4064 5022 66
1500 Pennsylvania Avenue NW
Washington, DC 20220

*Printout of the pdf file (only) will be mailed to:*

Department of the Treasury           Registered Mail # RE 604 468 991 US
Internal Revenue Service             Return receipt: 9590 9402 8959 4064 5022 59
Austin, TX 73301-0025

Department of the Treasury           Registered Mail # RE 604 468 988 US
Internal Revenue Service Stop 6525   Return Receipt: 9590 9402 8959 4064 5022 42
Kansas City, MO 64999-0025


qL629
Rev. 12/24



STATE OF CONNECTICUT
# DEPARTMENT OF REVENUE SERVICES
## Notice of Audit Assessment

|  |  |
|---|---|
| CT Tax Registration No.: | 046286688-000 |
| Letter ID: | L0009701986 |
| Date Issued: | March 21, 2025 |

JAQUAAN A. JENKINS



qL629

Audit ID: A63097
Tax Type: Individual Income Tax
Audit Period: 01/01/2021 to 12/31/2021

### Explanation

**This is a notice of assessment.** This notice provides you with an explanation of your protest rights. An explanation of the basis for the changes, proposed assessments, assessment and/or refund denials that are the subject of this notice was previously provided to you.

To protest, submit a written request for a hearing to the Commissioner stating your specific objections. Your right to protest this assessment expires **05/20/2025**, after which the assessment becomes final. Protest instructions and **Form APL-002** can be downloaded at **portal.ct.gov/APPEAL**.

For questions about this notice call 860-297-4944. Please include a daytime telephone number with any correspondence.

### Summary of Amount Due

| | |
|---|---|
| Tax Amount | $4,637.00 |
| Penalty Amount | $463.70 |
| Interest Through 04/15/2025 | $1,669.32 |
| Credits Applied | $0.00 |
| Amount Due Upon Receipt | $6,770.02 |

If payment is postmarked after 04/15/2025, interest will accrue at 1% per month on the remaining tax balance.

*(Handwritten across page: "Refusal For Cause")*

JAQUAAN A. JENKINS




CTax Voucher

| | |
|---|---|
| CT Tax Reg No. | 046286688-000 |
| ID Type | 07 |
| ID Number | 63097 |
| Voucher Type | 18 |
| Tax Type | 002 |

| Payment Due Date | Upon Receipt |
|---|---|
| Amount Due | $6,770.02 |

Amount Enclosed

Make check payable to: **Commissioner of Revenue Services**. Write your Connecticut Tax Registration Number on your check. If payment has been made within the last 10 days, please disregard. DRS may submit your check to your bank electronically. Visit **portal.ct.gov/DRS** for forms, publications, and online filing and payment options using **myconneCT**.

Mail To:
DEPARTMENT OF REVENUE SERVICES
STATE OF CONNECTICUT
P.O. BOX 5088
HARTFORD CT 06102-5088

0010000063097 000000000000000000 002 18073

SENT BY: 10/11/94  18:18      10-24-94 ; 5:18PM ;                    82025144507;# 5/ 8
                                                                                   ⌐00;

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, .....DOMINIC J. SQUATRITO........................., do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as a .U.S. DISTRICT COURT JUDGE.... under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So HELP ME GOD.

*[Handwritten in red across document: "Refusal for Cause"; "NO!" circled next to "So Help Me God"]*

Dominic J. Squatrito

Subscribed and sworn to (or affirmed) before me this ....21st................ day of ....October.................... , 19 94..

José A. Cabranes, U.S.C.J.

Actual abode  [FOIA Exemption 6]  CT.
Official station  Hartford, CT.
Date of birth  [...]1939  [FOIA Exemption 6]
Date of entry on duty  October 21, 1994

*Title 28, sec. 456 United States Code, as amended.

# Supreme Court of the United States

*October Term, 2016*

I, NEIL M. GORSUCH, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Associate Justice of the Supreme Court of the United States under the Constitution and laws of the United States.

So help me God.

*[signature]*

Subscribed and sworn to before me this 10th day of April, 2017

*[signature]*

Associate Justice of the Supreme Court

# Supreme Court of the United States

*October Term, 2016*

I, NEIL M. GORSUCH, do solemnly swear that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

So help me God.

*[signature: Neil Gorsuch]*

Subscribed and sworn to before me
this 10th day of April, 2017

*[signature]*

Chief Justice of the United States

# Supreme Court of the United States

*October Term, 2018*

I, Brett M. Kavanaugh, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Associate Justice of the Supreme Court of the United States under the Constitution and laws of the United States.

So help me God.

*Brett M. Kavanaugh*

Subscribed and sworn to before me
this 6th day of October, 2018

*[signature]*

Associate Justice of the Supreme Court

# Supreme Court of the United States

*October Term, 2018*

I, Brett M. Kavanaugh, do solemnly swear that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

So help me God.

*[signature: Brett M. Kavanaugh]*

Subscribed and sworn to before me
this 6th day of October, 2018

*[signature]*

Chief Justice of the United States

| STATE OF CONNECTICUT | | |
|---|---|---|
| DEPARTMENT OF REVENUE SERVICES | | |
| 450 Columbus Blvd., Ste. 1, Hartford, CT 06103-1837 | CHECK NO. 20573478 | 51-44 / 119 |

| List No. | Account No. | Tax Refund | DATE OF CHECK |
|---|---|---|---|
| 30519 | 104222631 | 12/22 INDIVIDUAL INCOME TAX | 05/19/23 |
| | | | $*****5,103.00 |

FIVE THOUSAND ONE HUNDRED THREE DOLLARS 00 CENTS

PAY TO THE ORDER OF:
JENKINS, JAQUAAN A

*Yal D. [signature]*
Commissioner of Revenue Services

**Bank of America**

⑆20573478⑆ ⑉011900445⑉ 39244⑆



Redeem in Lawful money per 12 U.S.C.§411,
by: Jaquaan Jenkins, All Rights Reserved
without Prejudice, UCC 1-308

Signature(s) of Endorser(s)
Require identification from Endorser
Void if altered

